IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSYS THERAPEUTICS, INC. and INSYS DEVELOPMENT COMPANY, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-1303 (CFC) ) CONSOLIDATED ) |
| TEVA PHARMACEUTICALS USA, INC. | ) ) ) |
| Defendant. | |

## STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the following deadlines in the Scheduling Order are amended, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports (Plaintiffs present objective indicia) | May 3, 2019 | May 21, 2019 |
| Rebuttal Expert Reports (Defendant rebuts objective indicia) | June 28, 2019 | July 8, 2019 |
| Close of Expert Discovery | August 2, 2019 | No Change |

Additionally, the parties agree that fact witness depositions that were requested by April 2, 2019, including Rule 30(b)(6) depositions and individual depositions, can occur after the close of fact discovery, but will take place on or before May 2, 2019.

No dates on the Court's calendar are affected by this stipulation.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jying@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

April 12, 2019

SO ORDERED this 15th day of April 2019.

_____
United States District Judge