IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSYS THERAPEUTICS, INC. and INSYS DEVELOPMENT COMPANY, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 17-1303-CFC ) |
| TEVA PHARMACEUTICALS USA, INC., | ) **CONSOLIDATED** ) |
| Defendant. | ) |

## [PROPOSED] ORDER

At Wilmington, this 16th day of April, 2019, having considered Teva Pharmaceuticals USA, Inc.'s April 11, 2019 letter (D.I. 71) and Plaintiffs' response thereto, along with any oral argument entertained by the Court,

**IT IS HEREBY ORDERED THAT:**

1. Within one week, Plaintiffs shall produce documents from which the inventorship of the asserted patents, including of the claimed fentanyl salt and fentanyl derivative formulations, can be determined and reflecting the research and discovery of the claimed inventions, including the claimed fentanyl salt and fentanyl derivative formulations. If no such documents regarding the claimed fentanyl hydrochloride, fentanyl chloride, fentanyl sulphate, fentanyl tartrate, sufentanil, carfentanil, lofentanil, and/or alfatenil formulations exist, Plaintiffs shall provide a written statement to that effect.

_____
U.S. District Judge