IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSYS THERAPEUTICS, INC. and INSYS DEVELOPMENT COMPANY, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 17-1303-CFC |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | **CONSOLIDATED** |
| Defendant. | ) ) ) ) | Redacted: Public Version |

## <u>LETTER TO THE HONORABLE COLM F. CONNOLLY FROM KAREN E. KELLER</u>

OF COUNSEL:
J.C. Rozendaal
Paul A. Ainsworth
Deirdre Wells
Josephine J. Kim
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave. NW, Suite 600
Washington, DC 20005
(202) 371-2600


Dated: April 12, 2019

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*



Karen E. Keller
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

April 12, 2019

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:     *Insys Therapeutics, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
         C.A. No. 17-1303-CFC (Consolidated)

Dear Judge Connolly:

Teva has been cooperative and forthcoming with document production, and Plaintiffs' dispute is premature.

Everything that has been submitted to the FDA has been produced to Plaintiffs. As Plaintiffs acknowledge, this Hatch-Waxman case involves two Abbreviated New Drug Applications (ANDAs) that Teva submitted to the FDA: ANDA No. 210135 and ANDA No. 211209. Teva produced to Plaintiffs a complete copy of each ANDA that it submitted to the FDA, including its proposed product specifications, batch records, and corresponding test results. These productions were made back in August 2017 for ANDA No. 210135 and July 2018 for ANDA No. 211209.[1] Exhibit 1 to Plaintiffs' letter was part of Teva's August 2017 production, and Exhibit 2 to Plaintiffs' letter was part of Teva's July 2018 production. Teva also produced documents showing that the droplet size testing was performed by ██████████ ██████ in August 2017.

What Plaintiffs now seek is *additional* documents (that were not submitted to the FDA) that record the numbers or measurements in Teva's droplet size test reports. *See* Pl. letter at 2-3. After having ANDA No. 210135 for over a year and a half and ANDA No. 211209 over eight months, Plaintiffs first requested these additional documents with less than two and a half weeks left in fact discovery. *See, e.g.*, Pl. letter at 2.

Teva has not refused production. To the contrary, Teva informed Plaintiffs that regardless of whether the documents that record the numbers or measurements in Teva's droplet size test reports are relevant to an issue in the case and responsive to Plaintiffs' requests for production, Teva would look to see if it has the documents. If it does, Teva stated that it would produce them to Plaintiffs. That search is currently underway. Unfortunately, the person at Teva who is the most likely to know has been on vacation. However, he is scheduled to return to the office next week, and Teva informed Plaintiffs that it should be able to tell Plaintiffs if it has the requested

---

[1] The case initially only involved ANDA No. 210135. Plaintiffs first filed a complaint related to ANDA No. 211209 on March 16, 2018, and Teva promptly produced this second ANDA within three months of filing its Answer.

The Honorable Colm F. Connolly
Page 2

documents shortly. If Teva locates responsive documents, Teva will produce them. Counsel for Teva made this commitment clear in correspondence with counsel for Plaintiffs:

> To be clear, Teva has not refused to produce anything. We are looking to see what documents we have. As I previously stated, to avoid unnecessary motion practice, if we have the droplet size distribution testing documents you are looking for, we will produce them to you.

Exhibit A (4/10/2019 Email from Deirdre Wells to Joseph Jaros).

Plaintiffs selectively quote from correspondence among counsel in suggesting Teva is resisting discovery, but do not provide the underlying correspondence, which contradicts their characterizations. *See, e.g.*, Pl. letter at 3. While Teva does not necessarily agree that the documents are relevant and discoverable, the quoted sentence nonetheless goes on to state:

> in the spirit of cooperation and to avoid unnecessary motions practice we have been looking into the batch records referenced in your email. From our records, ████████████████████████████████████████████████████ have been produced. *See, e.g.*, TEVA-FENT_0002644-0002685, TEVA-FENT_0002769-0002812, TEVA-FENT_00116426-00116568, TEVA-FENT_0025049-0025082. Batch records were first produced in August 2017.

*See* Exhibit B (4/9/2019 Email from Deirdre Wells to Joseph Jaros). That correspondence also provides, ████████████████████████████████████ The ██████████████ were also produced in August 2017. *See, e.g.*, TEVA-FENT_0002052-0002098." *Id.*

Teva first believed Plaintiffs' concern was that there were batch records that had been provided to the FDA that were not produced to Plaintiffs. Teva responded, as Plaintiffs acknowledge, stating that it is not "intending to withhold relevant batch records and will provide you what is in our possession, custody, and control." *See* Pl. letter at 2. Teva then confirmed that it had already produced the complete ANDA submissions, including batch records, that were provided to the FDA. Teva directed Plaintiffs to examples of batch records in its production.

### 1.   Relevance and Responsiveness

As noted above, Teva informed Plaintiffs that it would look to see if it has documents that record the numbers or measurements in Teva's droplet size test reports, *regardless of* if they are responsive to Plaintiffs' requests or properly discoverable. Teva stands by this statement.

However, the three requests for production that Plaintiffs cite do not readily relate to documents that record the numbers or measurements in Teva's droplet size test reports. Request for Production No. 50 (which seeks "[d]ocuments sufficient to identify the Teva individuals involved in the design, research, formulation, testing or development of Teva's ANDA Products") seems clearly inapplicable, and Request for Production Nos. 9 and 20 are so broad it is unclear what documents Plaintiffs sought by them. *See* Exhibit 3 to Pl. letter.

SHAW KELLER LLP

The Honorable Colm F. Connolly
Page 3

For relevance, Plaintiffs seem to argue that they need documents because Teva argues the claim terms "discrete liquid droplets" and "mean diameter" are indefinite. *See* Pl. letter at 2-3. An indefiniteness analysis considers whether "a patent's claims, viewed in light of the specification and prosecution history, inform those skilled in the art about the scope of the invention with reasonable certainty." *Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 910 (2014). This analysis relates to the language of the patent claims and the disclosure in the patent specification and prosecution history. It is unclear how documents that record the numbers or measurements in Teva's droplet size test reports are helpful or relevant to this analysis.

## 2. Conclusion

The communication record between the parties makes clear that Teva has been prompt, cooperative, and forthcoming with its discovery efforts. Teva is currently searching for documents that record the numbers or measurements in Teva's droplet size test reports. Teva has agreed to produce these documents if it has them.

Although Plaintiffs focus in their letter on documents that record the numbers or measurements in Teva's droplet size test reports, Plaintiffs' draft order is much broader than that. Plaintiffs' draft order broadly recites "a complete copy of the records underlying [Teva's] Abbreviated New Drug Application Nos. 210135 and 211209 submission batch test results reported to the Food and Drug Administration, including the records underlying the 'Droplet Size Distribution' results reported by Teva to the FDA." Exhibit A to Pl. letter. It is unclear what documents, other than the documents that record the numbers or measurements in Teva's droplet size test reports, Plaintiffs are seeking and how they are relevant to any issue in the case. To the extent Plaintiffs seek documents other than the documents that record the numbers or measurements in Teva's droplet size test reports that Plaintiffs' letter discusses, Plaintiffs have failed to clearly explain what they are looking for and how it is relevant to any issue in this case.

Plaintiffs' request is therefore premature and overly broad. It should be denied.

Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)

cc:     All counsel of record (by CM/ECF & e-mail)
        Clerk of Court (by hand delivery)

# Exhibit A

**Deirdre Wells**

| | |
|---|---|
| **From:** | Deirdre Wells |
| **Sent:** | Wednesday, April 10, 2019 5:14 PM |
| **To:** | 'Joseph T. Jaros'; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com' |
| **Cc:** | External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall; 'jying@mnat.com'; Jack Blumenfeld |
| **Subject:** | RE: Insys/SUB -- meet/confer -- Apr 16 hearing |

Joe,

I do not believe your summary below is a fair characterization of our call, and I do not believe the parties are at an impasse on this issue.  As stated on our call, Insys only recently raised this issue and Teva is looking into your request.  Teva is looking to see if it has documents that provide the data underlying the droplet size test reports that you mentioned.  To be clear, Teva has not refused to produce anything.  We are looking to see what documents we have.  As I previously stated, to avoid unnecessary motion practice, if we have the droplet size distribution testing documents you are looking for, we will produce them to you. I hope to have that information in the next day or two.

As stated on the call and in my prior email, a ███████████████████████████████████ ██. ████████  was identified at least as of Teva's August 2017 document production.

Best,
Deirdre

---

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Wednesday, April 10, 2019 3:19 PM
**To:** Deirdre Wells; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall; 'jying@mnat.com'; Jack Blumenfeld
**Subject:** Insys/SUB -- meet/confer -- Apr 16 hearing

Deirdre,

We write to confirm that, on today's call, Teva would not agree that the complete batch records, including the documents/data underlying the test reports, particularly the documents/data from which the DSD results were reported by Teva to FDA, are both relevant and discoverable.  In particular, you stated that you were not certain that DSD documents/data from which Teva reported the DSD results are in Teva's possession because ████ conducted all of the testing.  We reminded you of your representation that Teva would produce batch records in Teva's possession, custody and control (see attached), and stated that the documents from which Teva reported the ANDA submission batch DSD results to the FDA must be in Teva's possession, custody or control.  Finally, we asked Teva to agree that the documents/data from which Teva reported batch results to FDA are relevant and discoverable so we could avoid

burdening the Court with this issue, as stated in our previous correspondence.  Teva would not agree to this point on the call.  Finally, we asked that you provide a representation, in writing, that Teva agrees that the documents from which Teva reported ANDA submission batch results to FDA are relevant and discoverable by day's end.  Teva would not agree to do so, so we reached impasse on this issue.  You raised the question of whether Insys is allowed to submit a letter tomorrow based on the setting of the April 16th discovery conference, so Jennifer Ying will contact Karen Keller to discuss the logistics of Insys' April 11th letter, and we remain available to meet/confer tomorrow morning if Teva reconsiders its position.  We note Teva provided no substantive basis for its position that the requested documents/data are not both relevant and discoverable.  In particular, Teva did not deny that the documents/data from which it reported ANDA submission batch results to FDA are in Teva's possession, custody and control.

In addition, please see the additional notes below.

--Joe


**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



SIX WEST HUBBARD STREET | CHICAGO IL 60654
WWW.RMMSLEGAL.COM


This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Joseph T. Jaros
**Sent:** Wednesday, April 10, 2019 9:50 AM
**To:** Deirdre Wells; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/SUB -- meet/confer -- Apr 16 hearing

Deirdre,

To clarify, when we last spoke, Teva canceled the ▮▮▮▮ deposition.  After our exchanges below, Teva reserved its right to proceed with the ▮▮▮▮ deposition at a later time.  We likely will agree to the May 2 reserved date for purposes of the stip, but we'll need to reserve Insys' right to seek a short extension of the opening expert date if Teva actually proceeds on May 2.  And here's an updated agenda for today's meet/confer:

- Location of the SLC deps TEVA WILL PROVIDE A HOTEL CONFERENCE ROOM FOR BOTH DAYS; LOCATION TBD
- ▮▮
  - ○   No motion to compel TEVA CONFIRMED IT WILL NOT COMPEL ▮▮▮
- ▮▮▮▮ (new date: Wed Apr 24 at RMMS) APR 24 SHOULD BE FINE, BUT TEVA MAY NOT PROCEED, TBD
- ▮▮▮▮ case production
- ▮▮▮ dep/May 2/stip INSYS TO REVISE STIP TO ACCOMMODATE POSSIBLE MAY 2 DEP
- Apr 16 hearing

- o   Complete batch records, including underlying DSD data (█████████████████████t), see, e.g., attached & excerpts below SEE ABOVE
- o   Teva's remaining issues?

# REDACTED

# REDACTED

**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



**SIX WEST HUBBARD STREET | CHICAGO IL 60654**
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Tuesday, April 09, 2019 2:32 PM
**To:** Joseph T. Jaros; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/SUB -- meet/confer -- Apr 16 hearing

Joe,

The deposition of ███████ has not been canceled, but rather postponed. In light of Insys's forthcoming production, the deposition of ███████ has been rescheduled for Thursday May 2.  Unfortunately, ███████ has scheduling conflicts the week of April 15 and 22. The deposition will proceed in New Jersey.  We propose that this be added to the case schedule stipulation.

Best,
Deirdre

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Tuesday, April 09, 2019 2:36 PM
**To:** Deirdre Wells; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/SUB -- meet/confer -- Apr 16 hearing

Thanks Deirdre.

Yes, let's go noon ET tomorrow, we can use 888 272 7337 code 299 2200.

We understand that Teva is confirming its cancelation of the Apr 12 ███████ dep, but reserving the right to notice/subpoena a later ███████ deposition based on review of Insys' production of additional documents later this week mentioning ███████.  Insys reserves its right to object to any rescheduled ███████ deposition.  As noted, I'm handling the ███████ case production, that will be completed this week.  Tara can speak to other issues on tomorrow's call, I believe.

Let's add the case schedule/stipulation to the agenda for tomorrow's call, and the ███████████████ deposition requests.  I believe Paul offered Thu Apr 25 at RMMS, but Teva has not yet accepted that date.

--Joe

**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



**SIX WEST HUBBARD STREET | CHICAGO IL 60654**
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Tuesday, April 09, 2019 1:01 PM
**To:** Joseph T. Jaros; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/SUB -- meet/confer -- Apr 16 hearing

Joe,

I can be available today at 4 PM ET or tomorrow between 11:30-2 PM ET.  Is there a time that works for you?

Regarding ████████, we did not realize Insys had additional documents that it would be producing.  In light of Insys's forthcoming production, I have reached out to ████████ counsel to try to reschedule the deposition for a later date so that we can have a chance to review the produced documents.

Can you please let me know a date certain by when Insys's document production will be complete?

Best,
Deirdre

---

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Tuesday, April 09, 2019 10:49 AM
**To:** Deirdre Wells; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** Insys/SUB -- meet/confer -- Apr 16 hearing

Deirdre,

Please provide Teva's availability for a meet/confer today re: pending discovery issues.

We'd like to eliminate issues from the Apr 11 letters to the Court, if possible.

Tara can speak to document issues, and I am handling any dispute regarding ██████, and the Teva batch records/DSD data.

We welcome discussion of anything else on Teva's list, and can provide an update regarding anticipated document productions this week.

Given the cost of travel arrangements, etc., I'd also appreciate a response to the ██████ email below.

--Joe

**J O S E P H   T .   J A R O S  |  P A R T N E R**

6

JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



SIX WEST HUBBARD STREET | CHICAGO IL 60654
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi
Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient,
please notify us immediately by replying to this message, and destroy all copies of this
message and any attachments. Thank you.

**From:** Joseph T. Jaros
**Sent:** Monday, April 08, 2019 5:31 PM
**To:** 'Deirdre Wells'; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall; Joseph T. Jaros
**Subject:** Insys/SUB -- ▮▮▮▮▮ -- Apr 12

Deirdre,

Thanks for the call earlier today.

Can you please confirm that Teva has not engaged, and will not engage, ▮▮▮▮ as a consulting or testifying expert in this case, and that Teva will not call ▮▮▮▮ at trial in this case?  Once confirmed, we anticipate Insys will agree to cancel the ▮▮▮▮ deposition.

Please note that, in addition to today's productions, we are continuing to work to supplement Insys' production, as requested by Teva, and that we anticipate producing additional documents bearing ▮▮▮▮ name this week.  My current understanding is that you can expect to receive documents from the Kottayil v. Insys litigation, to your attention, by Thu Apr 11.

--Joe

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Monday, April 08, 2019 8:52 AM
**To:** Joseph T. Jaros; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/Teva - Teva 30(b)(6) Depositions

Joe,

Teva is still identifying the location for the depositions.  We will send along the information this week.  For your travel arrangements, I confirm that the depositions will be in Salt Lake City.

Best,
Deirdre

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**

7

**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

---

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Thursday, April 04, 2019 9:26 AM
**To:** Deirdre Wells; Chris P. Galligan; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/Teva - Teva 30(b)(6) Depositions

Deirdre,

Can you please clarify the location?  Do you want us to book a conference room for the deps in SLC?  Or is your team still identifying the location at which Teva will provide the room?

--Joe

**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



SIX WEST HUBBARD STREET | CHICAGO IL 60654
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi
Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient,
please notify us immediately by replying to this message, and destroy all copies of this
message and any attachments. Thank you.

---

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Thursday, April 04, 2019 8:17 AM
**To:** Chris P. Galligan; Joseph T. Jaros; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** RE: Insys/Teva - Teva 30(b)(6) Depositions

Chris,

Teva is not delaying in providing topic designations.  Plaintiffs chose not to serve a 30(b)(6) notice until March 20.  Plaintiffs' notice requested that Teva provide the identification of the topics on which an individual will testify at least a week in advance of the deposition. The depositions are still two weeks out.  As previously stated, Teva is reviewing Plaintiffs' 30(b)(6) notice and will provide its response and objections, as well as indicate which witness is designated for which topic(s), once that review is complete.

As previously noted, the witnesses will be made available in Salt Lake City.

Best,
Deirdre

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

---

**From:** Chris P. Galligan [mailto:CGalligan@rmmslegal.com]
**Sent:** Thursday, April 04, 2019 8:14 AM
**To:** Joseph T. Jaros; Deirdre Wells; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** Insys/Teva - Teva 30(b)(6) Depositions

Deirdre,

Following up on the below, please provide the requested topic designations for the ▮▮▮▮▮▮▮ depositions, Teva's delay is hindering our ability to prepare.

Relatedly, please let us know where the witnesses will be presented so that logistics can be arranged.

Thank you.

Chris

**CHRIS P. GALLIGAN | ATTORNEY**
CGALLIGAN@RMMSLEGAL.COM
DIRECT | 312.222.6346
OFFICE | 312.527.2157



**SIX WEST HUBBARD STREET | CHICAGO IL 60654**
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Joseph T. Jaros
**Sent:** Monday, April 01, 2019 6:52 PM
**To:** Deirdre Wells; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Scott Beall
**Subject:** Insys v Teva -- Teva's ANDA Productions/Deps

Deirdre,

Yes, we accept Apr 18 (▮▮▮▮) and Apr 19 ▮▮▮▮.

Please provide the topic designations as soon as possible.

--Joe

**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



SIX WEST HUBBARD STREET | CHICAGO IL 60654
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Monday, April 01, 2019 2:14 PM
**To:** Joseph T. Jaros; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Steven J. Birkos
**Subject:** RE: Insys v Teva -- Teva's ANDA Productions

Joe,

Does April 18 work for ████████ deposition, followed by ████████ deposition on April 19?

Best,
Deirdre

---

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Sunday, March 31, 2019 5:49 PM
**To:** Deirdre Wells; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Steven J. Birkos
**Subject:** RE: Insys v Teva -- Teva's ANDA Productions

Thank you, Deirdre.

Apr 17 (████) will not work; Apr 19 (████) works.

Separately, we will provide ████████ availability later this week.

**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501
MOBILE | 312.420.5548



**SIX WEST HUBBARD STREET | CHICAGO IL 60654**
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Saturday, March 30, 2019 7:56 PM
**To:** Joseph T. Jaros; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Paul J. Molino; Tara Mythri Raghavan; Katie A. Boda; Maja Sherman; Steven J. Birkos
**Subject:** RE: Insys v Teva -- Teva's ANDA Productions

Joe,

Subject to our forthcoming objections, Teva will present ▇▇▇▇▇ and ▇▇▇▇▇▇ as 30(b)(6) witnesses. The witnesses will be made available in Salt Lake City. ▇▇▇▇▇ is available April 17, and ▇▇▇▇▇ is available April 19. Please let us know ASAP if these dates will not work on your end.

Best,
Deirdre

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Deirdre Wells
**Sent:** Tuesday, March 26, 2019 10:31 AM
**To:** 'Joseph T. Jaros'; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Raghavan; Katie A. Boda; Maja Sherman; Steven J. Birkos
**Subject:** RE: Insys v Teva -- Teva's ANDA Productions

Joe,

Teva is reviewing Insys's 30(b)(6) notice and will provide its response and objections, as well as indicate who will be Teva's 30(b)(6) witness(es), once that review is complete.

I confirm that Teva's production is current. There is no outstanding ANDA correspondence.

Best,
Deirdre

---

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Thursday, March 21, 2019 5:50 PM
**To:** Deirdre Wells; Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); External-Paul Molino (rmmslegal.com); Tara Raghavan; Katie A. Boda; Maja Sherman; Steven J. Birkos
**Subject:** Insys v Teva -- Teva's ANDA Productions

Deirdre,

Our records indicate that Teva has not supplemented its ANDA production since last year.  The date of the last submission appears to be Oct 4, 2018.  Please update both ANDA productions by Fri Mar 29 so that we can prepare for the 30(b)(6) deposition of Teva.

In addition, please identify Teva's likely designee(s) so that we can begin preparation.

--Joe

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Thursday, March 21, 2019 11:06 AM
**To:** Deborah S. Pocius; Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** William A. Rakoczy; Joseph T. Jaros; Tara Raghavan; Kevin P. Burke; Maja Sherman
**Subject:** RE: Insys Therapeutics, Inc. et al v. Teva Pharmaceuticals USA, Inc.

Counsel,

Last night's document production is unusable.  It is in the form of pdf documents and appears to re-use bates numbers that have already been used.  Please immediately provide a replacement production, with the required metadata and load files and proper bates numbers.  Please also let us know why Plaintiffs could not have produced these documents before the document completion date.

Plaintiffs' deficient and late production—2 weeks after the document completion deadline—impairs Teva's ability to prosecute its case.  Insys's 30(b)(6) depositions are scheduled to begin in less than a week.  Teva reserves all rights to seek relief as a result of Plaintiffs' late and deficient document production.

Best,
Deirdre

---

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Deborah S. Pocius [mailto:DPocius@rmmslegal.com]
**Sent:** Wednesday, March 20, 2019 7:40 PM
**To:** Teva-Fentanyl; 'SKTevaFentanyl@shawkeller.com'
**Cc:** External-William Rakoczy (rmmslegal.com); Joseph T. Jaros; Tara Raghavan; External-Kevin Burke (rmmslegal.com); Maja Sherman
**Subject:** Insys Therapeutics, Inc. et al v. Teva Pharmaceuticals USA, Inc.


Counsel:

Plaintiffs Insys Therapeutics Inc. and Insys Development Company are producing today, by secure site, documents bearing bates numbers INSYS-SUBTEVA_0063056 - INSYS-SUBTEVA_0070116 in connection with the above-referenced matter.  This production contains information that has been designated Confidential Pursuant to Protective Order, and should be treated accordingly.  Metadata for this production will be provided later this week.

Note, If you have accessed this ftp before, please use the same username and password created upon initial login. If this is your first time accessing the ftp, the link in the email will prompt you to create a password associated with your particular email address, which will then allow access to download the production.  Please note the provided link will expire 14 days after receipt of this email

Best Regards,
Debby


**Deborah S. Pocius**
*Paralegal*
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
E-mail: dpocius@rmmslegal.com
(312) 222-6312 direct phone
(312) 222-6012 direct fax
Website: www.rmmslegal.com

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.  If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system.  Thank you.

# Exhibit B

**Deirdre Wells**

| | |
|---|---|
| **From:** | Deirdre Wells |
| **Sent:** | Tuesday, April 09, 2019 2:11 PM |
| **To:** | 'Joseph T. Jaros'; Katie A. Boda; 'SKTevaFentanyl@shawkeller.com'; Teva-Fentanyl |
| **Cc:** | External-Paul Molino (rmmslegal.com); External-William Rakoczy (rmmslegal.com); Tara Mythri Raghavan; Maja Sherman; Jack Blumenfeld; 'jying@mnat.com'; Scott Beall; Chris P. Galligan |
| **Subject:** | RE: Insys v. Teva -- Teva's Production |

Joe,

While we do not agree that all of the documents you seek are necessarily relevant and discoverable, in the spirit of cooperation and to avoid unnecessary motions practice we have been looking into the batch records referenced in your email.  From our records, the █████████████████████████████████████████████████████████ have been produced.  *See, e.g.*, TEVA-FENT_0002644-0002685, TEVA-FENT_0002769-0002812, TEVA-FENT_00116426-00116568, TEVA-FENT_0025049-0025082. ████████████ were first produced in August 2017.

████████████████████████████████████████████████████████, █████████████████████████ *See, e.g.*, TEVA-FENT_0002052-0002098.

We trust this resolves Plaintiffs' concerns.

Best,
Deirdre

---

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

---

**From:** Joseph T. Jaros [mailto:jjaros@rmmslegal.com]
**Sent:** Wednesday, April 03, 2019 6:00 PM
**To:** Deirdre Wells; Katie A. Boda; 'SKTevaFentanyl@shawkeller.com'; Teva-Fentanyl
**Cc:** External-Paul Molino (rmmslegal.com); External-William Rakoczy (rmmslegal.com); Tara Mythri Raghavan; Maja Sherman; Jack Blumenfeld; 'jying@mnat.com'; Scott Beall; Chris P. Galligan
**Subject:** RE: Insys v. Teva -- Teva's Production

Deirdre,

Thanks for the response below.

To confirm, we are requesting a complete copy of the batch records for each of Teva's ANDA submission batches, including, without limitation, the documents/data from which Teva reported its Droplet Size Distribution (DSD) results in the ANDA Test Reports.  For quick reference, a list of the ANDA submission batches is below, along with an exemplary excerpt from one of the test reports.  The complete batch records, and documents/data underlying Teva's DSD results,

fall within at least Insys RFP 9, 20, 50.  We assume the underlying DSD results are part of the batch records, but, if not, we ask that Teva prioritize production of the documents/data underlying the DSD results listed in Katie's email below.

Please confirm that Teva agrees that the requested batch records, including the underlying DSD results, are relevant and discoverable.  If Teva does not agree, please provide a time tomorrow to meet/confer so we can tee this up for Apr 16, if necessary.

REDACTED

**JOSEPH T. JAROS | PARTNER**
JJAROS@RMMSLEGAL.COM
DIRECT | 312.222.7501

MOBILE | 312.420.5548



SIX WEST HUBBARD STREET | CHICAGO IL 60654
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi
Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient,
please notify us immediately by replying to this message, and destroy all copies of this
message and any attachments. Thank you.

**From:** Deirdre Wells [mailto:DWELLS@sternekessler.com]
**Sent:** Wednesday, April 03, 2019 2:47 PM
**To:** Katie A. Boda; 'SKTevaFentanyl@shawkeller.com'; Teva-Fentanyl
**Cc:** Paul J. Molino; Joseph T. Jaros; William A. Rakoczy; Tara Mythri Raghavan; Maja Sherman; Jack Blumenfeld;
'jying@mnat.com'; Matthew D. Massich
**Subject:** RE: Insys v. Teva -- Teva's Production

Katie,

We appreciate you flagging this. We are collecting and will produce the relevant pages from notebook 2989.  We should
have this for you by the end of the week.

Regarding the test reports, the face of the test reports you list include data.  Can you clarify what documents you have
been unable to find related to the test reports?

Best,
Deirdre

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Katie A. Boda [mailto:kboda@rmmslegal.com]
**Sent:** Friday, March 29, 2019 7:48 PM
**To:** Deirdre Wells; 'SKTevaFentanyl@shawkeller.com'; Teva-Fentanyl
**Cc:** External-Paul Molino (rmmslegal.com); Joseph T. Jaros; External-William Rakoczy (rmmslegal.com); Tara Mythri
Raghavan; Maja Sherman; Jack Blumenfeld; 'jying@mnat.com'; Matthew D. Massich
**Subject:** RE: Insys v. Teva -- Teva's Production

Hi Deirdre,

Thank you for looking into this. Can you please let us know when you will expect to have a response? Are you available
for a call early next week to discuss?  We would like to get this issue resolved as soon as possible.

Best,

Katie

**KATIE A. BODA | ATTORNEY**
KBODA@RMMSLEGAL.COM
DIRECT | 312.222.7206
OFFICE | 312.527.2157



**SIX WEST HUBBARD STREET | CHICAGO IL 60654**
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi
Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient,
please notify us immediately by replying to this message, and destroy all copies of this
message and any attachments. Thank you.

**From:** Deirdre Wells <DWELLS@sternekessler.com>
**Sent:** Thursday, March 28, 2019 10:21 AM
**To:** Katie A. Boda <kboda@rmmslegal.com>; 'SKTevaFentanyl@shawkeller.com' <SKTevaFentanyl@shawkeller.com>;
Teva-Fentanyl <Teva-Fentanyl@sternekessler.com>
**Cc:** Paul J. Molino <paul@rmmslegal.com>; Joseph T. Jaros <jjaros@rmmslegal.com>; William A. Rakoczy
<wrakoczy@rmmslegal.com>; Tara Mythri Raghavan <traghavan@rmmslegal.com>; Maja Sherman
<msherman@rmmslegal.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; 'jying@mnat.com' <jying@mnat.com>;
Matthew D. Massich <MMassich@rmmslegal.com>
**Subject:** RE: Insys v. Teva -- Teva's Production

Counsel,

Thank you for raising your concern.  This is the first we have heard of any concerns with Teva's document
production.  We are looking into your email and will endeavor to respond as quickly as possible.  I cannot, however,
guarantee that we will have a response by tomorrow.

Best,
Deirdre

**Deirdre M. Wells**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** dwells@sternekessler.com
**Direct:** 202.772.8985

**Administrative Assistant:** Maria Cabico

**From:** Katie A. Boda [mailto:kboda@rmmslegal.com]
**Sent:** Wednesday, March 27, 2019 6:36 PM
**To:** 'SKTevaFentanyl@shawkeller.com'; Deirdre Wells; Teva-Fentanyl
**Cc:** External-Paul Molino (rmmslegal.com); Joseph T. Jaros; External-William Rakoczy (rmmslegal.com); Tara Mythri
Raghavan; Maja Sherman; Jack Blumenfeld; 'jying@mnat.com'; Matthew D. Massich
**Subject:** Insys v. Teva -- Teva's Production

Counsel,

I write regarding deficiencies in Defendants document production to date. Teva's responses to Insys' First Requests for Production of Documents and Things indicate Teva has produced or agreed to produce laboratory notebooks and underlying data for the testing performed on Teva's ANDA product; however, based on Insys' review of Teva's production no such documents have been produced.  (*See, e.g.*, Teva's Response to RFP Nos. 9, 80, 81).

For example, the underlying data for the test reports, including the following test reports is not included in Teva's production:  TEVA-FENT_0002270 (███████████████); TEVA-FENT_0002274 (████████████████); TEVA-FENT_0002277 (█████████████████); TEVA-FENT_0023500 (████████████████); TEVA-FENT_0023504 (████████████████); TEVA-FENT_0023508 (████████████████); TEVA-FENT_0023512 (████████████████); TEVA-FENT_0023515 (████████████████); TEVA-FENT_0023519 (████████████████); TEVA-FENT_0023522 (████████████████); TEVA-FENT_0023525 (████████████████); TEVA-FENT_0023528 (████████████████); TEVA-FENT_0023531 (████████████████); TEVA-FENT_0023535 (████████████████); TEVA-FENT_0023539 (████████████████).

As another example, Section 2.3.P of Teva's ANDA refers to Notebook 2989 at TEVA-FENT_0021322, but Notebook 2989 is not included in Teva's production.

Please produce all documents responsive to Insys RFP Nos. 9, 80 and 81, including the laboratory notebooks and underlying data for the testing performed on Teva's ANDA product by Friday, March 29, 2019.

Best regards,

Katie

Katie Boda
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 800
Chicago, IL  60654
kboda@rmmslegal.com
Telephone:  (312) 222-7206
Facsimile:  (312) 222-7226
www.rmmslegal.com

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.  If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents.  If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system.  Thank you.