IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSYS THERAPEUTICS, INC. and INSYS DEVELOPMENT COMPANY, INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 17-1303 (CFC) CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., Defendant. | ) | **Public - Redacted Version** |

**JOINT STIPULATION AND PROPOSED ORDER**

WHEREAS, Teva Pharmaceuticals USA, Inc. ("Teva") submitted Abbreviated New Drug Application ("ANDA") No. 210135 to the U.S. Food and Drug Administration ("FDA"), seeking FDA approval to market fentanyl sublingual spray 400 mcg, a generic version of SUBSYS®, which is currently marketed by Insys Development Company, Inc.;

WHEREAS, Teva submitted ANDA No. 211209 to FDA, seeking FDA approval to market fentanyl sublingual spray 100 mcg, 200 mcg, 600 mcg, 800 mcg, 1200 mcg, and 1600 mcg, generic versions of SUBSYS®, which is currently marketed by Insys Development Company, Inc.;

WHEREAS, Teva's ANDA No. 210135 and ANDA No. 211209 are collectively referred to herein as the "Teva ANDAs," and the proposed generic products that are the subject of the Teva ANDAs are collectively referred to herein as the "Teva ANDA Products";

WHEREAS, the Teva ANDAs contain certifications under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (so-called "Paragraph IV Certifications") to U.S. Patent Nos. 8,486,972 ("'972 patent"); 8,486,973 ("'973 patent"); 8,835,459 ("'459 patent"); 8,835,460 ("'460 patent");

9,241,935 ("'935 patent"); 9,289,387 ("'387 patent"); 9,642,797 ("'797 patent"); 9,642,844 ("'844 patent"); and 10,016,403 ("'403 patent");

WHEREAS, on September 13, 2017, Plaintiffs Insys Therapeutics, Inc. and Insys Development Company, Inc. (collectively, "Insys") filed a Complaint against Teva in the action captioned *Insys Therapeutics, Inc. et al. v. Teva Pharm. USA, Inc.*, 1:17-cv-1303-CFC alleging infringement of the '972 patent, '973 patent, '459 patent, '460 patent, '935 patent, '387 patent, '797 patent, and '844 patent based on the submission of Teva's ANDA No. 210135 ("Consolidated Action");

WHEREAS, on March 16, 2018, Insys filed a Complaint against Teva in the action captioned *Insys Therapeutics, Inc. et al. v. Teva Pharm. USA, Inc.*, 1:18-cv-414-CFC alleging infringement of the '972 patent, '973 patent, '459 patent, '460 patent, '935 patent, '387 patent, '797 patent, and '844 patent based on the submission of Teva's ANDA No. 211209;

WHEREAS, on August 23, 2018, Insys filed a Complaint against Teva in the action captioned *Insys Therapeutics, Inc. et al. v. Teva Pharm. USA, Inc.*, 1:18-cv-1308-CFC alleging infringement of the '972 patent, '973 patent, '459 patent, '460 patent, '935 patent, '387 patent, '797 patent, and '844 patent based on the submission of Teva's ANDA No. 211209;

WHEREAS, on September 27, 2018, the Court consolidated Civil Action Nos. 1:18-cv-414-CFC and 1:18-cv-1308-CFC into the Consolidated Action;

WHEREAS, on November 9, 2018, Insys filed a Complaint against Teva in the action captioned *Insys Therapeutics, Inc. et al. v. Teva Pharm. USA, Inc.*, 1:18-cv-1775-CFC alleging infringement of the '403 patent based on the submission of Teva's ANDAs;

WHEREAS, on January 7, 2019, the Court consolidated Civil Action No. 1:18-cv-1775-CFC into the Consolidated Action;

WHEREAS, the filing of Civil Action No. 1:17-cv-1303-CFC triggered an automatic 30 month stay of FDA approval of ANDA No. 210135 (400 mcg) that will not expire until the earlier of: (a) February 1, 2020 or (b) the date on which the Court decides that the Patents-in-Suit are invalid or not infringed by the product described in ANDA No. 210135;

WHEREAS, the filing of Civil Action No. 1:18-cv-414-CFC triggered an automatic 30 month stay of FDA approval of ANDA No. 211209 (100 mcg, 200 mcg, 600 mcg, 800 mcg, 1200 mcg, and 1600 mcg) that will not expire until the earlier of: (a) July 31, 2020 or (b) the date on which the Court decides that the Patents-in-Suit are invalid or not infringed by the product described in ANDA No. 211209;

WHEREAS, on May 23, 2019, Insys Therapeutics, Inc. [REDACTED]

WHEREAS, on June 10, 2019, Insys Therapeutics, Inc. filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code in the action captioned *In re Insys Therapeutics, Inc.*, 19-bk-11292-KG (D. Del.);

WHEREAS, on June 10, 2019, Insys Development Company, Inc. filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code in the action captioned *In re Insys Development Company, Inc.*, 19-bk-11294-KG (D. Del.);

WHEREAS, on June 11, 2019, the United States Bankruptcy Court for the District of Delaware procedurally consolidated, *inter alia*, Bankruptcy Action No. 19-bk-11294-KG into Bankruptcy Action No. 19-bk-11292-KG for joint administration ("Insys Bankruptcy Action");

THIS MATTER having come before the Court upon the joint stipulation and application of Insys and Teva, the Court having considered the parties' submission, to control the disposition

of this consolidated civil action with economy of time and effort for the Court, for counsel, and for the parties while maintaining an even balance, and for other good cause shown:

**IT IS** on this ________________ day of _____________________, 2019,

**ORDERED, ADJUDGED, AND RULED THAT:**

1. The Consolidated Action is hereby STAYED, and all deadlines and obligations in connection therewith are hereby held in abeyance, for the pendency of the Insys Bankruptcy Action or until further order of this Court.

2. [redacted]

3. [redacted]

4. [redacted]

5. Any party may move to lift the stay for good cause shown, including, without limitation, any threatened or anticipated commercial launch of any Teva ANDA Product, or the court-approved divestiture of SUBSYS® to a third party.

6. Insys and Teva each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

_____________________________________
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (# 1014)
Jennifer Ying (# 5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

William A. Rakoczy
Paul J. Molino
Joseph T. Jaros
Tara Mythri Raghavan
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6301

SHAW KELLER LLP

*/s/ Karen Keller*

John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Nathan R. Hoeschen (# 6232)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:

J.C. Rozendaal
Paul A. Ainsworth
Deirdre Wells
Josephine J. Kim
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Ave. NW, Suite 600
Washington, DC 20005
(202) 371-2600

Original filing date: July 12, 2019
Redacted filing date: July 19, 2019